UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:19-mj-0776-TAB |
| ) | |
| THOMAS MATTHEW MCVICKER, ) | |
| Defendant. ) | |

**COURTROOM MINUTE FOR AUGUST 19, 2019**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on an indictment filed on out of the Southern District of Alabama. Defendant appeared in person and by counsel Gwen Beitz. Government represented by AUSA Barry Glickman. USPO represented by Courtney Ratzlaff.

Gwen Beitz was appointed counsel for Defendant.

For the reasons stated on the record, the parties moved to continue the hearing, and the Court granted the same. The hearing is therefore continued and is **RESET** for **WEDNESDAY, AUGUST 21, 2019, at 1:30 p.m. in Courtroom 238.**

Defendant remanded to the custody of the US Marshals.

Date: 8/20/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.