UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:18-mj-776 |
| THOMAS MATTHEW MCVICKER | ) ) ) ) | |
| Defendant. | ) | |

**FILED** AUG 2 0 2019 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Gwendolyn M. Beitz, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: August 20, 2019

Gwendolyn M. Beitz
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2019** a copy of the foregoing **APPEARANCE** was hand-delivered to the Clerk's Office for filing. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system

Gwendolyn M. Beitz