UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-mj-0776 |
| | ) | |
| THOMAS MATTHEW MCVICKER, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR AUGUST 21, 2019**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for a hearing on a complaint filed on August 16, 2019 out of the Southern District of Alabama (MJ 19-0147-B, Mobile). Defendant appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA Barry Glickman. USPO represented by Alison Upchurch.

Defendant filed Motion for Psychiatric Exam [Dkt. 2]. Additional discussions were held regarding said motion.

Court grants Gwendolyn Beitz's request to remain as Defendant McVicker's counsel until he is brought forth before the U.S. District Court in Mobile, Alabama.

Government for the Southern District of Indiana would not accept a Rule 20 transfer of this matter.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing in open court.

Complaint was read in open court.

Court explained Rule 20 to the Defendant.

Defendant requested that the preliminary hearing and any other hearings he is entitled to be held in the charging district.

Government moved for any report(s) generated by the Bureau of Prisons be sent to the Southern District of Alabama and the same granted.

Defendant remanded to the custody of the US Marshals.

Date: 8/28/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana